IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRIAN KEITH SIMMONS

VS.                                             CIVIL ACTION NO. 1:15cv19-KS-RHW

BOBBY C. FAIRLEY

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation [17] of the United States Magistrate Judge entered herein on November 2, 2015, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

All other motions are denied as moot.

SO ORDERED, this the 11th day of December, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE